**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                No. 99-6354

REGINALD R. WILLIAMS,
Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Virginia, at Alexandria.
Robert E. Payne, District Judge.
(CR-95-332-A, CA-98-1720-A)

Submitted: April 30, 1999

Decided: September 13, 1999

Before NIEMEYER, HAMILTON, and WILLIAMS,
Circuit Judges.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

Reginald R. Williams, Appellant Pro Se. Morris Rudolph Parker, Jr.,
Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Reginald Williams appeals from the district court's dismissal of his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion as untimely. Our review of the record reveals that Williams' conviction did not become final until after this Court granted the parties' stipulation to dismiss the Government's appeal of Williams' sentence on December 1, 1997. Accordingly, Williams' § 2255 motion, filed in November 1998, was timely under the § 2255's one-year filing period. We therefore grant a certificate of appealability, vacate the district court's order, and remand for consideration of Williams' motion on the merits. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED